## UNITED STATES
### v.
## RICHARD PATTINSON

### 1809

#### JOURNAL ENTRIES

1. Alias ordered . . . . . . . . . . *Journal, infra,* \*p. 210
2. Plea; issue . . . . . . . . . . . . . " 368
3. Continuance . . . . . . . . . . . . " 386

#### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . . .
3. Subpoena for Baptiste Peltier, Jeanbatiste Jubainville,
   and André Germain . . . . . . . . . . . . . .

## BENJAMIN HUNTINGTON
### v.
## ROBERT AND JAMES ABBOTT

### 1809

#### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 210
2. Jurors; verdict; judgment . . . . . . . . . . " 229

#### PAPERS IN FILE
[None]